An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD R. SANTOS,
Appellant,
vs.
DWIGHT W. NEVEN, WARDEN; AND
HIGH DESERT STATE PRISON,
Respondents.

No. 64771

**FILED**

JUN 16 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal arising from an appeal to the district court from a justice court decision. Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, district courts have final appellate jurisdiction over cases arising in the justice courts. Nev. Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969) (noting that "[t]he district court has final appellate jurisdiction in cases arising in the justice's court"). Accordingly, we lack jurisdiction over this appeal, and we therefore

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

14-19689

cc: Hon. Michelle Leavitt, District Judge
Ronald R. Santos
Attorney General/Carson City
Eighth District Court Clerk